# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CLINTON LEMONT PETTAWAY, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 13-0546-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 07-0182-WS |
| Respondent. | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 13, 2013, is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of December, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**